IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT [...]
DISTRICT OF KANSAS
'09 JAN 30 PM 12:3[...]
BY K. Olufe[...]

UNIVERSITY OF KANSAS HOSPITAL AUTH. [marked "Deft"]
3901 RAINBOW BLVD
KANSAS CITY KS 66160
(Enter above the full name of Plaintiff(s))

vs.

MARILYN NIERE [marked "Pltf"]
Name

4008 BELL ST.
Street and number

KANSAS CITY     MO    64111
City        State        Zip Code

Case Number: 09-CV-2050 JAR/DJW
(To be assigned by Clerk)

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

   ____ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
   **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

   __X__ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
   **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   __X__ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,

1

      for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Other (Describe)

_____
_____
_____

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:
_____
(Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:
    7-16-08

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?
   **X** Yes   Date filed: _____
   ____ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?
   **X** Yes   Date filed: 11-5-08, 12-5-08
   ____ No

6. Have you received a Notice of Right-to-Sue Letter?
   **X** Yes ____ No
If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:
   ____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
   **X** fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

2

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   \_\_\_\_ failure to hire me
   _X_ termination of my employment
   \_\_\_\_ failure to promote me
   \_\_\_\_ failure to accommodate my disability
   \_\_\_\_ terms and conditions of my employment differ from those of similar employees
   \_\_\_\_ retaliation
   \_\_\_\_ harassment
   \_\_\_\_ reduction in wages
   \_\_\_\_ other conduct (specify):

   Did you complain about this same conduct in your charge of discrimination?
   _X_ Yes  \_\_\_\_ No

9. I believe that I was discriminated against because of (check all that apply):
   \_\_\_\_ my race or color, which is _____
   \_\_\_\_ my religion, which is _____
   \_\_\_\_ my national origin, which is _____
   \_\_\_\_ my gender, which is \_\_\_\_ male; \_\_\_\_ female
   _X_ my disability or perceived disability, which is HEARING, HEALTH
   _X_ my age (my birth date is: [redacted]-1952)
   \_\_\_\_ other: _____

   Did you state the same reason(s) in your charge of discrimination?
   _X_ Yes  \_\_\_\_ No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

    ON 7/11/08, IN MY CAPACITY AS XRAY TECH, WAS WAITING TO TAKE XRAYS ON TRAUMA PT, SITTING WITHIN 10' OF PT, I HAD NEW ONSET OF DRY EYES, SO I WAS SITTING W/ TH EYES CLOSED LISTENING TO TRAUMA EXAM FOR 1-2 MIN. VERBAL INQUIRY MADE CONCERNING XRAYS PRESENCE IN ROOM, I DID NOT HEAR INQUIRY DUE TO HEARING LOSS FROM AN ACUTE OTITIS MEDIA INFECTION FROM 3/08, AND THE ROOM WAS VERY NOISY AND CHAOTIC. ER DID NOT PAGE ME BUT CALLED TO RAD STATING NO TECH PRESENT. ACCUSATION MADE THAT I WAS ASLEEP, WAS MADE AT THAT TIME, WHICH I DENIED, BUT SUBSEQUENT DX OF SLEEP APNEA COULD ALSO HAVE BEEN CAUSATIVE FACTOR,

3

(Attach additional sheets as necessary). I WAS TERMINATED 7/16/09, INCIDENT DEEMED TERMINABLE OFFENSE W NO WARNINGS NECESSARY. ALSO I FEEL I WAS TERMINATED TO ALLOW REPLACEMENT OF EMPLOYEE AT LESS PAY DUE TO MY PLACE AT TOP OF PAY SCALE

11. The acts set forth in paragraph 10 of this complaint:
 \_\_\_\_\_ are still being committed by Defendant.
 \_\_\_\_\_ are no longer being committed by Defendant.
 \_X\_ may still be being committed by Defendant.

12. Plaintiff:
 \_\_\_\_\_ still works for Defendant
 \_X\_ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
 \_X\_ Yes \_\_\_\_\_ No
 Explain: SUPERVISOR KNEW OF HEARING LOSS AFTER 3/08. I STATED HEARING ISSUE WAS REASON I DID NOT HEAR INQUIRY, NOT BEING ASLEEP

**REQUEST FOR RELIEF**

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
 \_\_\_\_\_ Defendant be directed to employ Plaintiff
 \_X\_ Defendant be directed to re-employ Plaintiff
 \_\_\_\_\_ Defendant be directed to promote Plaintiff
 \_\_\_\_\_ Defendant be directed to _____
 \_\_\_\_\_ Injunctive relief (please explain): _____
 \_X\_ Monetary damages (please explain): BACK PAY TO INCIDENT
 \_X\_ Costs and fees involved in litigating this case
 \_X\_ As additional relief to make Plaintiff whole, Plaintiff seeks: 10 yrs OF SALARY — IF NOT RE-EMPLOYED DUE TO AGE/ECONOMICS I HAVE BEEN DEPRIVED OF MAKING LIVING AS ANY TECH - NULL I AM NOT HIRABLE. DUE TO TERMINATION
 and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this 30 day of JANUARY, 20 09.

Signature of Plaintiff: Marilyn L Niere
Name (Print or Type): MARILYN L NIERE
Address: 4008 BELL
City State Zip Code: KANSAS CITY MO 64111
816 561 4972

4

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita, Kansas City or Topeka ), Kansas as the location for the trial in this matter.      (circle one location)

_Marilyn L Nice_
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ( yes or no ).
(circle one)

_Marilyn Nice_
Signature of Plaintiff

Dated: 1/30/09
(Rev. 8/07)