### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MARILYN NIERE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No.: 2:09-cv-02050-JAR-KGS |
| | ) |
| **UNIVERSITY OF KANSAS HOSPITAL AUTHORITY,** | ) |
| | ) |
| **Defendant.** | ) |

### JOINT STIPULATION OF DISMISSAL

Plaintiff Marilyn Niere ("Plaintiff") and Defendant University of Kansas Hospital Authority ("Defendant"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that Plaintiff's claims, in their entirety, against Defendant in the above matter should be dismissed, with prejudice, the parties to bear their own costs.

Respectfully submitted,

POLSINELLI SHUGHART PC


By:       /s/ Robert J. Hingula
ERIC E. PACKEL  (#23070)
ROBERT J. HINGULA  (#22203)
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, MO  64105
(816) 421-3355
Fax No. (816) 374-0509
epackel@polsinelli.com
rhingula@polsinelli.com

ATTORNEYS FOR DEFENDANT UNIVERSITY OF KANSAS HOSPITAL AUTHORITY

By:       /s/ Marilyn Niere
MARILYN NIERE
4008 Bell Street
Kansas City, MO  64111
mniere@att.net

PLAINTIFF *PRO SE*

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 5, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  I further hereby certify that I have mailed, by United States Postal Service, the document to the following non CM/ECF participants:

Marilyn Niere
4008 Bell Street
Kansas City, MO  64111
PLAINTIFF

      /s/ Robert J. Hingula

023186 / 131146
RJHIN  1821724.1